UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KURT A. BENSHOOF,

            Plaintiff,

  v.

DAVID S. KEENAN,

            Defendant.

Case No. C24-382 LK

REPORT AND RECOMMENDATION

On March 15, 2024, Plaintiff Kurt A. Benshoof, proceeding *pro se*, filed an application to proceed *in forma pauperis* ("IFP") in the above-entitled action. (Dkt. # 1.) On March 22, 2024, this Court issued an order to show cause by March 29, 2024, why IFP should not be denied based on inconsistency in Plaintiff's application and omission of information necessary for the Court to determine his ability to pay. (Dkt. # 4.) As of April 2, 2024, Plaintiff failed to file any response. Accordingly, the Court RECOMMENDS that Plaintiff's IFP application be DENIED and Plaintiff be directed to pay the filing fee. A proposed Order accompanies this Report and Recommendation.

REPORT AND RECOMMENDATION - 1

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21)** days of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **April 26, 2024**.

The Clerk is directed to send copies of this order to Plaintiff and to the Honorable Lauren King.

Dated this 2nd day of April, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2