

The Honorable Lauren King

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE

KURT A. BENSHOOF,

    Plaintiff,

v.

DAVID S. KEENAN,

    Defendant.

Case No. 2:24-cv-00382-LK

PLAINTIFF'S NOTICE OF PENDENCY

## I.   INTRODUCTION

Plaintiff Kurt Benshoof ("Plaintiff") hereby gives Notice of Pendency regarding the Clerk's Notice of Deficiency. (Dkt. #3) Plaintiff did not previously file a Notice of Related Cases because Plaintiff did not believe that the requisite elements were evidenced under LCR 3(g)(4)(A) and LCR 3(g)(4)(B). That remains Plaintiff's contention.

## II.   STATEMENT OF FACTS

Plaintiff did not receive a copy of the Clerk's notice in the USPS mail until April 2, 2024.

Plaintiff and Defendant David S. Keenan ("Keenan") are also parties to WAWD No. 2:23-cv-1392-JNW, *Benshoof, et al., v. Admon, et al.*

*Benshoof, et al., v. Admon, et al.*, pertains to Keenan's acts, and failures to act, between September 2021 and October 2022, and specifically relates to Keenan's *ultra vires* acts in King

PLAINTIFF'S NOTICE OF PENDENCY
WAWD No. 2:24-cv-00382-LK
Page 1 of 2

Kurt Benshoof, Petitioner
1716 N 128th ST
Seattle, Washington 98133
(206) 460-4202
kurtbenshoof@gmail.com

County Superior Court No. 21-5-00680-6 SEA, and includes approximately two dozen defendants and over thirty causes of action pleaded in a one-hundred-eighty-four-page complaint with two co-plaintiffs.

The instant lawsuit pertains to Keenan's acts, and failures to act, between January 2023 and October 2023, and specifically relates to Keenan's censorship of Plaintiff via Keenan's social media accounts.

Currently, Judge Jamal N. Whitehead is presiding over *Benshoof, et al., v. Admon, et al.*

The instant lawsuit should not be transferred pursuant to 28 U.S.C. § 1407 for three reasons. First, both lawsuits are in the same district therefore, the multi-district considerations of 28 U.S.C. § 1407 are neither pertinent nor material. Second, the set of facts and between the two cases are largely unrelated, and the social media censorship cause of action is unique to the instant lawsuit. Third, Judge Jamal N. Whitehead has displayed a shocking disregard for the facts, law, federal rules of civil procedure, and apparent conflicts of interest. Therefore, "coordination between the actions" will not "avoid conflicts" nor "promote an efficient determination of th[is] action" pursuant to LCR 3(h).

## VERIFICATION

I, Kurt Benshoof, do hereby declare that the foregoing is true and correct to the best of my knowledge under penalty of perjury in the State of Washington. Executed this 6th day of April in the year 2024, in the city of Seattle, in the county of King, in the state of Washington.

By: _____
Kurt Benshoof, Plaintiff

PLAINTIFF'S NOTICE OF PENDENCY
WAWD No. 2:24-cv-00382-LK
Page 2 of 2

Kurt Benshoof, Petitioner
1716 N 128th ST
Seattle, Washington 98133
(206) 460-4202
kurtbenshoof@gmail.com



FROM:
KURT BENSHOOF
1716 N 128th ST
SEATTLE, WA 98133

TO:
RAVI SUBRAMANIAN
CLERK OF COURT
700 Stewart Street
Suite 2310
Seattle, WA 98101

LODGED
RECEIVED
APR 09 2024
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

US POSTAGE PAID
$9.85
Origin: 98133
04/08/24
5476040006-8

PRIORITY MAIL®
0 Lb 5.70 Oz
RDC 03

EXPECTED DELIVERY DAY: 04/11/24
C028

SHIP TO:
STE 2310
700 STEWART ST
SEATTLE WA 98101-4442

USPS TRACKING® #
9505 5141 7868 4099 9239 42