FILED
LODGED
RECEIVED

MAIL

APR 22 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BY                    DEPUTY

The Honorable Jamal N. Whitehead

1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON SEATTLE

9

KURT A. BENSHOOF,

Plaintiff,

v.

DAVID S. KEENAN,

Defendant.

Case No. 2:24-cv-00382-JNW

PLAINTIFF'S NOTICE OF OBJECTIONS TO THE COURT'S REPORT AND RECOMMENDATION

NOTE ON MOTION CALENDAR:
May 10, 2024

### I.   INTRODUCTION

Plaintiff Kurt Benshoof ("Benshoof") hereby files Notice of Objections to the Court's Report and Recommendation. (Dkt. #14) Benshoof objects to the Court's false claim that his IFP applications "omit the amount of money" received as income. (Dkt. #14 pg. 3 ¶2) Benshoof objects to the Court's false claim that the "IFP application asks only for amount received, not the source." (Dkt. #14 pg. 3 ¶2) Benshoof objects to the Court's false claim that "Plaintiff continues to fail to supply information necessary for the Court to determine his ability to pay the filing fee." (Dkt. #14 pg. 3 ¶3)  Furthermore, Benshoof objects to the Court's tacit approval of attorney Peggy Wu's apparent intent to misappropriate thousands of dollars of public funds for the defense of Defendant David S. Keenan, in violation of RCW 42.20.070, which would constitute disparate treatment

Kurt Benshoof, Plaintiff
1716 N 128th ST
Seattle, Washington 98133
(206) 460-4202
kurtbenshoof@gmail.com

between the parties, and violate the Equal Protection Clause of the Fourteenth Amendment. Herein, Benshoof will further clarify that he has complied with IFP requirements.

This Notice of Objections is noted on the Court's calendar for May 10, 2024, in compliance with LCR 7(d)(3).

## II.    VERIFIED STATEMENT OF FACTS

Benshoof fully completed the Court's Declaration and Application to Proceed In Forma Pauperis and Written Consent for Payment of Costs and attested to it under penalty of perjury.

As stated in Benshoof's Declaration, he pays approximately $300 in monthly credit card payments. (Dkt. #13 pg. 2) Benshoof has paid for some of his monthly expenses with credit cards.

Benshoof also barters with members of his church to cover the rest of his monthly expenses. As neither Benshoof, nor anyone else, possesses documentation of said bartering, there are no records from which Benshoof is able to provide additional "complete and detailed financial information" to the Court. Benshoof cannot provide the Court something that does not exist. Benshoof provided the Court his best estimates in good faith and did so under penalty of perjury.

## III.    ARGUMENT

The Court claimed that Benshoof's IFP applications "omit the amount of money" received as income. (Dkt. #14 pg. 3 ¶2) The IFP application requests the amount of money received from (a) business, profession, or self-employment; (b) income from rent, interest, or dividends; (c) pensions; (d) unemployment or public assistance;(e) gifts or inheritances; (f) child support or alimony; (g) other sources of income. (Dkt. #13 pg. 1 ¶3) Benshoof does not receive "income" pursuant to Title 26 United States Code. Benshoof factually answered (a) through (g).

Bartering is not "income" under U.S.C. Title 26. If the Court is not satisfied with Benshoof's factual answers in the Declaration form, the Court may wish to consider revising the

Kurt Benshoof, Plaintiff
1716 N 128th ST
Seattle, Washington 98133
(206) 460-4202
kurtbenshoof@gmail.com

1    IFP application provided to the general public so that the Court will be content with factual

2    answers.

3         The Court claimed that the "IFP application asks only for amount received, not the source."

4    (Dkt. #14 pg. 3 ¶2)  It is self-evident that the IFP application asks for the *source* in #3(a)-(g) as it

5    states, "from any of the following *sources*" and "Describe any other *source* of income

6

7    _____ " (Dkt. #13 pg. 1 ¶3)

8         The Court claimed that "Plaintiff continues to fail to supply information necessary for the

9    Court to determine his ability to pay the filing fee." (Dkt. #14 pg. 3 ¶3) Benshoof fully completed

10   the IFP application, yet the Court appears flummoxed with the fully completed IFP application,

11   blaming Benshoof for the fact that the IFP application does not contain more questions.

12        If the Court cannot be satisfied with a fully completed and sworn IFP application, the Court

13   may wish to consider providing the public with an IFP application that expressly requires more

14   specific information desired by the Court.

15        Claiming that Benshoof "failed to provide complete and detailed financial information"

16   cannot withstand strict scrutiny, as Benshoof fully completed the Court's *own IFP application*

17

18   *form*, which violates the Vagueness Doctrine in the Court's ambiguous demands and threat of

19   denying his IFP application and/or dismissal. (Dkt. #14 Pg. 3 ¶3) Nor did the Court provide

20   Benshoof an alternative, and more detailed, IFP application to complete in order to comply with

21   the Court's Report and Recommendation. It appears that the Court is content when *other*

22   individuals fully complete the form, but not when *Benshoof* fully completes the form; therefore,

23   this constitutes a violation of the Equal Protection Clause of the Fourteenth Amendment.

24        The intent by attorney Peggy Wu to misappropriate thousands of dollars of public fund to

25   the defense of Defendant David S. Keenan ("Keenan") is prima facie evidence that Ms. Wu

26   PLAINTIFF'S NOTICE OF OBJECTIONS (Dkt 14)              Kurt Benshoof, Plaintiff
     WAWD No. 2:24-cv-00382-JNW                              1716 N 128th ST
     Page 3 of 5                                             Seattle, Washington 98133
                                                             (206) 460-4202
                                                             kurtbenshoof@gmail.com

knowingly and willfully intends to violate RCW 42.20.070, a class B felony. Unless Ms. Wu intends to argue that Keenan took time to censor Benshoof on Twitter and Facebook, in violation of the First Amendment, while Keenan was acting in his **official** capacity as a judge in a case involving Benshoof, it is axiomatic that Keenan's acts of censorship were perpetrated in his **individual** capacity.

The Court's apparent lack of concern for Ms. Wu's misappropriation of public funds for the defense of Keenan in his individual capacity constitutes disparate treatment of the parties by the Court, and a violation of the Equal Protection Clause of the Fourteenth Amendment. As Benshoof's complaint constitutes an attempted performance of "an act that might aid in the discovery or apprehension" of Keenan, the Court's threat to deny Benshoof's right to petition for redress may constitute a violation of RCW 9A.76,080, Rendering Criminal Assistance, as defined by RCW 9A.76.050(4).

## VERIFICATION

I, Kurt Benshoof, do hereby declare that the foregoing is true and correct to the best of my knowledge under penalty of perjury in the State of Washington. Executed this 18th day of April in the year 2024, in the city of Seattle, in the county of King, in the state of Washington.

By: _Kurt A. Benshoof_

Kurt Benshoof, Plaintiff

1716 N 128th Street
Seattle, WA 98133
Phone: (206) 460-4202
Email: kurtbenshoof@gmail.com

PLAINTIFF'S NOTICE OF OBJECTIONS (Dkt 14)
WAWD No. 2:24-cv-00382-JNW
Page 4 of 5

Kurt Benshoof, Plaintiff
1716 N 128th ST
Seattle, Washington 98133
(206) 460-4202
kurtbenshoof@gmail.com

**CERTIFICATION OF SERVICE**

Plaintiff Kurt Benshoof hereby certifies that on April 18, 2024, the foregoing Notice was filed with the Clerk of Court, and that Plaintiff sent a copy of said notice to counsel of record by email and by first class USPS mail to the addresses listed below.

**Attorneys for Defendant**
**David Keenan:**
Peggy Wu, WSBA #35941
701 Fifth Avenue, Suite 600
Seattle, WA 98104
Email: pwu@kingcounty.gov
Phone: (206) 477-1120

By: _____
Kurt Benshoof, Plaintiff

PLAINTIFF'S NOTICE OF OBJECTIONS (Dkt 14)
WAWD No. 2:24-cv-00382-JNW
Page 5 of 5

Kurt Benshoof, Plaintiff
1716 N 128th ST
Seattle, Washington 98133
(206) 460-4202
kurtbenshoof@gmail.com



Retail

U.S. POSTAGE PAID
FCM LG ENV
SEATTLE, WA 98133
APR 18, 2024

**$1.63**

R2301E15711-12

98101

RDC 99

1716 N 128th ST
Seattle, WA 98133

Ran Subramanian
CLERK OF Court
700 Stewart ST
Suite 2310
Seattle, WA 98101