UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF,<br><br>               Plaintiff,<br><br>v.<br><br>DAVID S. KEENAN,<br><br>               Defendant. | NO. 2:24-cv-00382-LK<br><br>NOTICE OF WITHDRAWAL |

TO: THE CLERK OF THE COURT

TO: ALL PARTIES OF AND THEIR ATTORNEYS OF RECORD

      YOU AND EACH OF YOU, will please take notice that PEGGY WU hereby withdraws as counsel for David S. Keenan in this matter.

      DATED this 19th day of August 2024.

                                                          LEESA MANION (she/her)
                                                          King County Prosecuting Attorney

                                                          By: *s/ Peggy Wu*
                                                          PEGGY WU, WSBA #35941
                                                          Senior Deputy Prosecuting Attorney

                                                          701 5th Avenue, Suite 600
                                                          Seattle, Washington 98104
                                                          Phone: (206) 263-3382
                                                          Email: pwu@kingcounty.gov

NOTICE OF WITHDRAWAL - 1

LEESA MANION (she/her)
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120/FAX (206) 296-0191

## CERTIFICATE OF SERVICE

I hereby certify that on August 19th, 2024, I electronically filed the foregoing document with the Clerk of the Court using the electronic filing system and sent the same through the e-service application and US mail to the following:

Kurt Benshoof
2024008067
KING COUNTY JAIL
500 5TH AVE
SEATTLE, WA 98104
206-296-0100
*Pro Se Plaintiff*

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 19th day of August 2024.

                         By: *s/Katie Wilson*
                              KATIE WILSON
                              Paralegal, Civil Division
                              King County Prosecuting Attorney's Office

NOTICE OF WITHDRAWAL - 2

LEESA MANION (she/her)
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120/FAX (206) 296-0191