UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

KURT A. BENSHOOF,

    Plaintiff,

v.

DAVID S. KEENAN,

    Defendant.

No. 2:24-cv-00382-LK

NOTICE OF APPEARANCE

TO: THE CLERK OF THE COURT

TO: ALL PARTIES OF AND THEIR ATTORNEYS OF RECORD

    YOU AND EACH OF YOU, will please take notice that ANN SUMMERS hereby appears on behalf of David S. Keenan in the above-entitled action, without waiving the question of:

1. Lack of jurisdiction over the subject matter;
2. Lack of jurisdiction over the person;
3. Improper venue;
4. Insufficiency of process;
5. Insufficiency of service of process;
6. Failure to state a claim upon which relief may be granted;
7. Failure to join a party under Rule 19; and
8. Statute(s) of limitation.

    You are also hereby notified that all further papers and pleadings herein, except for original process, shall be served upon the undersigned attorneys at the address below stated.

NOTICE OF APPEARANCE - 1

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120/FAX (206) 296-0191

1    DATED this 19th day of August 2024.

2                                              LEESA MANION (she/her)
                                               King County Prosecuting Attorney
3

4

5                                              By: *s/ Ann Summers*
                                                  ANN SUMMERS, WSBA #21509
                                                  Senior Deputy Prosecuting Attorney
6                                                 *Attorneys for David S. Keenan*

7                                              701 5th Avenue, Suite 600
                                               Seattle, Washington 98104
8                                              Phone: (206) 477-1909
                                               Email: ann.summers@kingcounty.gov
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

NOTICE OF APPEARANCE - 2

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120/FAX (206) 296-0191

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on August 19th, 2024, I electronically filed the foregoing document with the Clerk of the Court using the electronic filing system and sent the same through the e-service application and US mail to the following:

> Kurt Benshoof
> 2024008067
> KING COUNTY JAIL
> 500 5TH AVE
> SEATTLE, WA 98104
> 206-296-0100
> *Pro Se Plaintiff*

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED this 19th day of August 2024.

> By: *s/ Katie Wilson*
> KATIE WILSON
> Paralegal, Civil Division
> King County Prosecuting Attorney's Office

NOTICE OF APPEARANCE - 3

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120/FAX (206) 296-0191