The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF,<br><br>          Plaintiff,<br><br>v.<br><br>DAVID S. KEENAN,<br><br>          Defendant. | No. 2:24-cv-00382-JNW<br><br>NOTICE OF APPEARANCE |

TO: THE CLERK OF THE COURT

TO: ALL PARTIES OF AND THEIR ATTORNEYS OF RECORD

YOU AND EACH OF YOU, will please take notice that COLIN GEORGE, in association with ANN SUMMERS, hereby appears on behalf of David S. Keenan in the above-entitled action, without waiving the question of:

1. Lack of jurisdiction over the subject matter;
2. Lack of jurisdiction over the person;
3. Improper venue;
4. Insufficiency of process;
5. Insufficiency of service of process;
6. Failure to state a claim upon which relief may be granted;
7. Failure to join a party under Rule 19; and
8. Statute(s) of limitation.

NOTICE OF APPEARANCE - 1

\\paocifs\lcases$\litigation open\benshoof, kurt v keenan\word drafts\2024-08-19 ntc of appearance (cg).docx

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120/FAX (206) 296-0191

You are also hereby notified that all further papers and pleadings herein, except for original process, shall be served upon the undersigned attorneys at the address below stated.

DATED this 20th day of August 2024.

        LEESA MANION (she/her)
        King County Prosecuting Attorney

        By: *s/ Colin George*
        COLIN GEORGE, WSBA #45131
        Senior Deputy Prosecuting Attorney
        *Attorney for David S. Keenan*
        701 5th Avenue, Suite 600
        Seattle, Washington 98104
        Phone: (206) 263-6875
        Email: cogeorge@kingcounty.gov

NOTICE OF APPEARANCE - 2
\\paocifs\lcases$\litigation open\benshoof, kurt v keenan\word drafts\2024-08-19 ntc of appearance (cg).docx

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120/FAX (206) 296-0191

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on August 20, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF E-filing system which will send automatic notification to the following:

Kurt A. Benshoof
Briana D. Gage
1716 N 128th Street
Shoreline, WA 98133
kurtbenshoof@gmail.com
brianagage702@gmail.com
*Pro Se Plaintiffs*

I also hereby certify that on August 19, 2024, I sent the same via US Postal Service to the following:

Kurt A. Benshoof
B/A 2024-008067
UCN 10518097
King County Correctional Facility
500 Fifth Avenue
Seattle, WA 98104

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

DATED this 20th day of August, 2024.

_____
RAFAEL A. MUNOZ-CINTRON
Paralegal I – Litigation Section
King County Prosecuting Attorney's Office

NOTICE OF APPEARANCE - 3

\\paocifs\lcases$\litigation open\benshoof, kurt v keenan\word drafts\2024-08-19 ntc of appearance (cg).docx

**Leesa Manion** (she/her)
Prosecuting Attorney
CIVIL DIVISION
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120/FAX (206) 296-0191