Hon. Jamal Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Kurt Benshoof, <br>     Plaintiff, <br><br> v. <br><br> David S. Keenan, <br>     Defendant. | No. 2:24-cv-382-JNW <br><br> NOTICE REGARDING SUMMONS AND MOTION TO STAY. |

On July 31, 2024, the Office of the Clerk mailed Plaintiff Kurt Benshoof ("Benshoof") blank Summons forms.

As Judge Whitehead is aware from case nos. 2:24-mc-0043-JNW and 2:24-cv-01110-JNW, Benshoof does not have computer access to the internet, nor does Benshoof have access to his own legal documents, files, records or evidence, because City of Seattle officials sent a SWAT team to

PAGE 1 OF 3

break into Benshoof's home church on July 3, 2024. Approximately fifteen (15) SWAT officers used flash-bang grenades and smashed out the windows of Benshoof's home church with chemical weapons cannisters shot into the home church.

Benshoof's religious documents, his private attorney-client communications, and evidence of crimes perpetrated by King County and City of Seattle officials were unlawfully seized by SWAT when SWAT took Benshoof's computers and cell phone on July 3, 2024.

Because Benshoof has been unlawfully imprisoned since July 3, 2024 in King County jails, Benshoof is without access to the address of David S. Keenan and has no one to serve the summons and complaint and has no means of obtaining the complaint nor printing the complaint. Therefore, a blank summons form is currently useless to Benshoof.

Benshoof moves to stay the proceedings until Judge Whitehead or the Washington Supreme Court grants

PAGE 2 OF 3

Benshoof's petition for writ of habeas corpus to stop the unlawful imprisonment of Benshoof.

Until Benshoof has access to his own legal documents to proceed with litigation, Benshoof's due process rights will continue to be violated. Benshoof's current unlawful imprisonment is exactly what he sought to enjoin by filing motions for temporary restraining order in WAWD NO. 2:23-CV-1392-JNW, Dkt. #74, 129, 158.

So long as the judicial and prosecutorial corruption continues to violate Benshoof's rights, the interests of justice require the Court to stay the proceedings in the instant case to preserve Benshoof's right to petition for redress of grievances, protected by the First Amendment.

Stated under penalty of perjury in Kent, Washington this 17th day of August, 2024.

*Kurt Benshoof*
Kurt Benshoof
Plaintiff

PAGE 3 OF 3

US POSTAGE
SEATTLE WA 980
19 AUG 2024 PM 7

quadient
FIRST-CLASS MAIL
IMI
$000.69
08/19/2024 ZIP 98032
043M31239977

Name: Borshoof, Kurt
BA# 2024-007007
King County Correctional Facility
500 5th Avenue
Seattle, WA 98104-2337

LODGED ___
RECEIVED ___

AUG 21 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

U.S. District Court
700 Stewart Street
Suite 2310
Seattle, WA 98101

98101-44295

**FOR LEGAL MAIL ONLY**