My new address:

Kurt Benshoof
BKG # 2024-008067
King County Correctional Facility
620 West James Street
Kent, WA 98032

