The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF,<br><br>    Plaintiff,<br><br>v.<br><br>DAVID S. KEENAN,<br><br>    Defendant. | No. 2:24-cv-00382-JNW<br><br>RESPONSE TO PLAINTIFF'S SECOND MOTION TO STAY<br><br>*Noted for September 30, 2024* |

On September 9, 2024, Plaintiff Kurt Benshoof filed a second notice and motion to stay. Dkt. 28. Defendants responded to a substantially identical motion on August 30, 2024 and incorporate that response here. Dkt. 27. Defendant would be prejudiced by an indefinite stay.[1]

*I certify that this Memorandum contains 185 words in compliance with Local Civil Rules.*

DATED this 19th day of September, 2024.

//

//

---

[1] Benshoof's allegation that undersigned counsel has a "conflict of interest" because counsel's defense of Judge Keenan is a misappropriation of public funds in violation of RCW 42.20.070 is frivolous. "RCW 42.20.070 applies to public officers or employees who receive money on behalf or on account of the people of the state. On its face, the statute applies to money, not public resources." *In re Recall of Weyrich*, __ Wash.3d __, 2024 WL 3977205 at *5 (Wash. Aug. 29, 2024). Moreover, "the state has a legitimate interest in providing representation to its employees for suits arising out of the performance of their duties. It makes no difference whether the acts by the employees are allegedly legal or illegal because that question can never be resolved until the law suit is at an end." *Wimberley v. Lynch*, 460 F.2d 316, 317 (9th Cir. 1972).

RESPONSE TO PLAINTIFF'S SECOND
MOTION TO STAY [No. 3:24-cv-00382-JNW] - 1

Leesa Manion (she/her)
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191

LEESA MANION (she/her)
King County Prosecuting Attorney

By: _____
ANN SUMMERS, WSBA #21509
COLIN GEORGE, WSBA #45131
Senior Deputy Prosecuting Attorneys
Attorneys for Defendant Keenan
701 5th Avenue, Suite 600
Seattle, WA 98104
Phone: (206) 477-1120/Fax: (206) 296-0191
ann.summers@kingcounty.gov
cogeorge@kingcounty.gov

# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on September 19, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF E-filing system which will send automatic notification to the following:

Kurt A. Benshoof
1716 N 128th Street
Shoreline, WA 98133
kurtbenshoof@gmail.com
*Pro Se Plaintiff*

I also hereby certify that on September 19, 2024, I sent the same via US Postal Service to the following:

Kurt A. Benshoof
B/A 2024-008067
King County Correctional Facility
500 Fifth Ave.
Seattle, WA 98104

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

RESPONSE TO PLAINTIFF'S SECOND
MOTION TO STAY [No. 3:24-cv-00382-JNW] - 2

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191

DATED this 19th day of September, 2024.

_____
RAFAEL A. MUNOZ-CINTRON
Paralegal I – Litigation Section
King County Prosecuting Attorney's Office

RESPONSE TO PLAINTIFF'S SECOND
MOTION TO STAY [No. 3:24-cv-00382-JNW] - 3

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191