The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF, | No. 2:24-cv-00382-JNW |
| Plaintiff, | DEFENDANT KEENAN'S RESPONSE IN OPPOSITION TO MOTION FOR "JURISDICTIONAL DISCOVERY" |
| v. | |
| DAVID S. KEENAN, | |
| Defendant. | *Noted for November 22, 2024* |

Plaintiff Benshoof filed this lawsuit on March 15, 2024, and was granted in forma pauperis status. Dkts. 1, 19, 20. Plaintiff has never requested issuance of a summons pursuant to FRCP 4(b).

In July, Benshoof was arrested and remains in jail in King County pending various criminal charges in Seattle Municipal Court and King County Superior Court. Dkt 25.[1] Benshoof has filed motions to stay this matter indefinitely, which the defendants have opposed. Dkts. 25, 27, 28, 29, 30, 32.

---

[1] On September 27, 2024, Benshoof was convicted by a jury of one count of misdemeanor custodial interference and 80 counts of misdemeanor violation of a court order in Seattle Municipal Court. Declaration of Ann Summers In Support of Opposition to Motion for "Jurisdictional Discovery," Ex. A. Benshoof remains in custody pending sentencing on those convictions, and is also in custody pending trial on three felonies in King County Superior Court: one count of stalking, and two counts of attempting to elude a pursuing police vehicle. *Id.*, Ex. B and C. Counsel has been appointed for Benshoof in his felony case. *Id.*, Ex. C.

DEFENDANT KEENAN'S RESPONSE IN
OPPOSITION TO MOTION FOR "JURISDICTIONAL
DISCOVERY" [No. 3:24-cv-00382-JNW] - 1

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191

On November 1, 2024, Benshoof filed a pleading purported to be a "combined" reply to Defendants' opposition to his motions to stay and "motion for Jurisdictional Discovery." Dkt. 33. While the motion purports to contain Benshoof's signature, it also purports to have been drafted and is signed by a person named Urve Maggitti, who does not appear to be a licensed attorney and apparently lives in Pennsylvania. Washington law prohibits the unauthorized practice of law. Rev. Code of Wash. § 2.48.180. A person that prepares legal forms is practicing law. *State v. Hunt*, 75 Wash. App. 795, 802, 880 P.2d 96 (1994). Courts generally strike pleadings filed by individuals engaged in the unauthorized practice of law. *See e.g. Seco v. Homestead Apartments*, 2024 WL 3566592, at *1 (W.D. Wash. July 29, 2024) (collecting cases). To the extent that the motion has been prepared and filed by a person not authorized to practice law, it should be stricken.

Moreover, the motion for "jurisdictional discovery" is unintelligible. Benshoof cites FRCP 26(b)(1). That provisions defines the scope of discovery generally. Defendants have received no discovery requests in this case. Dec. of Summers.

Jurisdictional discovery is permitted where there are facts bearing on the question of jurisdiction that are in dispute. *Burri Law PA v. Skurla*, 35 F.4th 1207, 1217-18 (9th Cir. 2022). There are no disputed facts pertaining to Benshoof's motions to stay that bear on the question of this Court's jurisdiction.

Benshoof's motion and request for a hearing should be denied.

*I certify that this Memorandum contains 432 words in compliance with Local Civil Rules.*

//

//

//

---

DEFENDANT KEENAN'S RESPONSE IN OPPOSITION TO MOTION FOR "JURISDICTIONAL DISCOVERY" [No. 3:24-cv-00382-JNW] - 2

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191

1    DATED this 6th day of November, 2024.

2                                                        LEESA MANION (she/her)
                                                         King County Prosecuting Attorney
3
4                                                        By: _____
                                                         ANN SUMMERS, WSBA #21509
5                                                        Senior Deputy Prosecuting Attorney
                                                         Attorneys for Shoreline & King County Defendants
6                                                        701 5th Avenue, Suite 600
                                                         Seattle, WA 98104
7                                                        Phone: (206) 477-1120/Fax: (206) 296-0191
                                                         ann.summers@kingcounty.gov
8
                          **CERTIFICATE OF FILING AND SERVICE**
9
10          I hereby certify that on November 6, 2024, I electronically filed the foregoing document

11   with the Clerk of the Court using the CM/ECF E-filing system which will send automatic

12   notification to the following:

                                            Kurt A. Benshoof
13                                       kurtbenshoof1@gmail.com

14          I also hereby certify that on November 6, 2024, I also sent the same via US Postal

15   Service to the following:

16                                          Kurt A. Benshoof
                                            B/A 2024-008067
17                                   King County Correctional Facility
                                            500 Fifth Ave.
18                                        Seattle, WA 98104

19          I declare under penalty of perjury under the laws of the United States of America and the

20   State of Washington that the foregoing is true and correct.

21          DATED this 6th day of November, 2024.

22                                                       _____
                                                         RAFAEL A. MUNOZ-CINTRON
23                                                       Paralegal I – Litigation Section
                                                         King County Prosecuting Attorney's Office

DEFENDANT KEENAN'S RESPONSE IN                           **Leesa Manion (she/her)**
OPPOSITION TO MOTION FOR "JURISDICTIONAL                 Prosecuting Attorney
DISCOVERY" [No. 3:24-cv-00382-JNW] - 3                   CIVIL DIVISION, Litigation Section
                                                         701 5th Avenue, Suite 600
                                                         Seattle, Washington 98104
                                                         (206) 477-1120  Fax (206) 296-0191