The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DAVID S. KEENAN,<br><br>　　　　　　Defendant. | No. 2:24-cv-00382-JNW<br><br>(Proposed) ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12b(5) and (6)<br><br>*Noted for December 23, 2024* |

THIS MATTER, having come before Defendant Keenan's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12b(5) and (6) and the Court having considered the pleadings filed and the following evidence filed herein, including:

1. Defendant Keenan's Motion to Dismiss Pursuant to Fed.R.Civ.P 12b(5) and (6);

2. Plaintiff's Opposition, if any;

3. Defendant Keenan's Reply, if any;

4. And the records and pleadings filed in this matter.

5. _____

6. _____

---

(Proposed) ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS PURSUANT TO
FED. R. CIV. P. 12b(5) and (6) [No. 3:24-cv-00382-JNW] - 1

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191

1  NOW, THEREFORE, IT IS HEREBY ORDERED that Defendant's Motion to Dismiss

2  Pursuant to Fed.R.Civ.P. 12(b)(5) and (6) is GRANTED. Plaintiff's Complaint is hereby

3  DISMISSED WITH PREJUDICE.

4  DONE IN OPEN COURT this ____ day of _____, 2024.

5

6

7  _____
   The Honorable Judge Jamal N. Whitehead

8  Presented by:

9  LEESA MANION (she/her)
10 King County Prosecuting Attorney

11
   By: *s/ Ann Summers*
12 ANN M. SUMMERS, WSBA #21509
   Senior Deputy Prosecuting Attorney
13 Attorneys for Defendant Keenan
   701 5th Avenue, Suite 600
14 Seattle, WA 98104
   Phone: (206) 477-1120/Fax: (206) 296-0191
15 ann.summers@kingcounty.gov

---

(Proposed) ORDER GRANTING DEFENDANT'S
MOTION TO DISMISS PURSUANT TO
FED. R. CIV. P. 12b(5) and (6) [No. 3:24-cv-00382-JNW] - 2

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191