The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF, <br><br> Plaintiff, <br><br> v. <br><br> DAVID S. KEENAN, <br><br> Defendant. | No. 2:24-cv-00382-JNW <br><br> NOTICE OF WITHDRAWAL |

YOU ARE HEREBY NOTIFIED of a withdrawal of attorney for Defendant Judge Keenan in the above-entitled action. Effective this date, Attorney **COLIN M. GEORGE** will withdraw as counsel for Defendant Keenan. **ANN M. SUMMERS** will remain as attorney of record.

DATED this 25th day of November, 2024.

| | |
|---|---|
| LEESA MANION (she/her) <br> King County Prosecuting Attorney <br><br> By: *s/ Colin M. George* <br> COLIN M. GEORGE, WSBA #45131 <br> *Withdrawing Attorney* <br> *for Defendant Judge Keenan* | LEESA MANION (she/her) <br> King County Prosecuting Attorney <br><br> By: *s/ Ann M. Summers* <br> ANN SUMMERS, WSBA #21509 <br> *Attorney for Defendant Judge Keenan* |

NOTICE OF WITHDRAWAL
[No. 3:24-cv-00382-JNW] - 1

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on November 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF E-filing system which will send automatic notification to the following:

Kurt A. Benshoof
1716 N 128th Street
Shoreline, WA 98133
kurtbenshoof@gmail.com
*Pro Se Plaintiff*

I also hereby certify that on November 25 2024, I sent courtesy copy of the same via US Postal Service to the following:

Kurt A. Benshoof
B/A 2024-008067
King County Correctional Facility
500 Fifth Ave.
Seattle, WA 98104

I declare under penalty of perjury under the laws of the United States of America and the State of Washington that the foregoing is true and correct.

DATED this 25th day of November, 2024.

RAFAEL A. MUNOZ-CINTRON
Paralegal I – Litigation Section
King County Prosecuting Attorney's Office

NOTICE OF WITHDRAWAL
[No. 3:24-cv-00382-JNW] - 2

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191