The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT A. BENSHOOF, | ) |
| | ) No. 2:24-cv-00382-JNW |
| Plaintiff, | ) |
| v. | ) |
| | ) NOTICE OF APPEARANCE |
| DAVID S. KEENAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**TO:**     **KURT A. BENSHOOF, Plaintiff;**

**AND TO:**     **CLERK OF THE COURT.**

YOU AND EACH OF YOU will please take notice that Senior Deputy Prosecuting Attorney **SANTIAGO VIOLA VILLANUEVA** hereby appears in the above-entitled action on behalf of Defendant David Keenan without waiving the question of:

1. Lack of jurisdiction over the subject matter;
2. Lack of jurisdiction over the person;
3. Improper venue;
4. Insufficiency of process;
5. Insufficiency of service of process;
6. Failure to state a claim upon which relief may be granted;
7. Fraud;
8. Failure to join a party under Rule 19;
9. Statute(s) of limitation;
10. Qualified immunity; and
11. Doctrine of Laches.

NOTICE OF APPEARANCE
[No. 3:24-cv-00382-JNW] - 1

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191

1  You are hereby further notified that all further papers and pleadings herein, except for

2  original process, shall be served upon the undersigned attorneys at the addresses below-stated.

3  DATED this 5th day of December, 2024.

LEESA MANION (she/her)
King County Prosecuting Attorney

By: */s/ Santiago Voila Villanueva*
SANTIAGO VIOLA VILLANUEVA, WSBA #54071
Senior Deputy Prosecuting Attorney
Attorney for Defendant Keenan
701 5th Avenue, Suite 600
Seattle, WA 98104
Phone: (206) 477-1120/Fax: (206) 296-0191
sviolavillanueva@kingcounty.gov

NOTICE OF APPEARANCE
[No. 3:24-cv-00382-JNW] - 2

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191

1  Attorney's Office

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

NOTICE OF APPEARANCE
[No. 3:24-cv-00382-JNW] - 3

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191