The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| KURT A. BENSHOOF, | ) | |
| | ) | No. 2:24-cv-00382-JNW |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF WITHDRAWAL |
| | ) | |
| DAVID S. KEENAN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

YOU ARE HEREBY NOTIFIED of a transfer of attorneys for Defendant David Keenan in the above-entitled action.  Effective this date, Senior Deputy Prosecuting Attorney **ANN SUMMERS** will withdraw, and **SANTIAGO VIOLA VILLANUEVA** will remain as attorney of record.

DATED this 5th day of December, 2024.

LEESA MANION (she/her)                    LEESA MANION (she/her)
King County Prosecuting Attorney          King County Prosecuting Attorney

By: */s/Ann M. Summers*                   By: */s/ Santiago Viola Villanueva*
ANN SUMMERS, WSBA #21509                  SANTIAGO VIOLA VILLANUEVA, WSBA #54071
Senior Deputy Prosecuting Attorney        Senior Deputy Prosecuting Attorney
Withdrawing Attorney                      Attorney for Defendant Keenan

NOTICE OF WITHDRAWAL AND SUBSTITUION
[No. 3:24-cv-00382-JNW] - 1

**Leesa Manion (she/her)**
Prosecuting Attorney
CIVIL DIVISION, Litigation Section
701 5th Avenue, Suite 600
Seattle, Washington 98104
(206) 477-1120  Fax (206) 296-0191