UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KURT BENSHOOF,<br><br>     Plaintiff,<br> v.<br><br>DAVID S. KEENAN,<br><br>     Defendant | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:24-cv-382 |

☐  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT Judge Keenan's motion to dismiss, Dkt. No. 39, is GRANTED and Benshoof's case is DISMISSED with prejudice. The Court DENIES Benshoof's motions to stay, Dkt. No. 25, 28, 30, motion for discovery, Dkt. No. 33, and motion to strike, Dkt. No. 37. The Clerk is directed to close this case.

Dated January 9, 2025.

                Ravi Subramanian
                Clerk of Court

                /s/ Kathleen Albert
                Deputy Clerk