**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST
SUITE 2310
SEATTLE, WA 98101

March 24, 2025

Kurt Benshoof
KING COUNTY REGIONAL JUSTICE CENTER
620 W JAMES
KENT, WA 98032

Your civil action, ***Benshoof v. Keenan***, was filed in the United States District Court – Western District of Washington on March 15, 2024.

The case has been assigned to District Court Judge Jamal N Whitehead, case number **2:24–cv–00382–JNW**. All documents filed with the Court must include the entire case number in order to be properly posted on the docket.

The following deficiencies have been noted:

> **Additional Notes:** Please submit all documents addressed to the 9th Circuit to USCA via USPS or you can review their other filing options. Also the payment submitted will be applied to your existing appeal case, 25–786 and the NOA docket text will be amended to show the correct document. Thank you.

The deficiencies must be corrected and filed with the Court as soon as possible. Please return the requested documents to the address listed above. Failure to do so may affect the status of your case, including dismissal of the action by the Court.

cc: file