UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 17 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KURT BENSHOOF,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>DAVID S. KEENAN,<br><br>    Defendant - Appellee. | No. 25-786<br><br>D.C. No. 2:24-cv-00382-JNW<br>Western District of Washington, Seattle<br><br>ORDER |

    The motion to reinstate this appeal (Docket Entry No. 13) does not include the opening brief. *See* 9th Cir. Gen. Order 2.4. If the opening brief is submitted within 21 days of this order, the court will consider the motion to reinstate. If the opening brief is not submitted within 21 days of this order, the mandate will become effective.

    Any request to receive district court documents must be directed to the district court.

                                                                 FOR THE COURT:

                                                                 MOLLY C. DWYER<br>
                                                                 CLERK OF COURT