Hon. Jamal Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KURT BENSHOOF,
    Plaintiff,

v.

DAVID S. KEENAN

    Defendants.

No.: 2:24-cv-00382-JNW

NOTICE

Plaintiff Kurt Benshoof ("Benshoof") hereby gives notice to the court that he has not received a copy of the record from the district court clerk with which to compose his opening brief in Ninth Circuit Number 25-786. Despite being granted in form of status in parentheses. (DC Dkt.#19). And being incarcerated, the district court clerk has ignored repeated written requests pursuant to Ninth Circuit Rule 30-1.7 to provide Benshoof a copy of the record at public expense.

    Benshoof's motion for an order directing the district court clerk to comply with Ninth Circuit Rule 30-1.7 was granted on November 25, 2025 (DC Dkt.# 53) as of January 8, 2026, the district court clerk has refused to provide Benshoof with the record at Benshoof's place of incarceration at Coyote Ridge Correctional Center in Connell, Washington. On December 30th, 2025, Benshoof learned from a friend that the Ninth Circuit Court of Appeals issued a mandate for the dismissal of Benshoof's appeal because Benshoof had not filed his opening brief. (DC Dkt.# 54). The aforementioned events constitute manifestly unreasonable nonfeasance by the district court clerk and extraordinary circumstances justifying the recall of the Ninth Circuit mandate.

See <u>Calderon v. Thompson</u>, 523 US 538, 550, (1998).

RESPECTFULLY SUBMITTED,

*[signature]*

Kurt Benshoof, Plaintiff *pro se*

Washington Department of Corrections,
Coyote Ridge Corrections Center (CRCC)
DOC# 448305, Unit FB01, PO Box 769,
Connell, WA 99326

The foregoing statements of fact were typed up by the undersigned, upon Mr. Kurt Benshoof's request and to the best of the undersigned's understanding.

*[signature]*

/URVE MAGGITTI /

See *Faretta v. California* and *Section 35 of the Judiciary Act of 1789, 1 Stat. 73, 92*

**CERTIFICATE OF SERVICE**

The foregoing document is served via notice of electronic filing to all counsel of record, and by email to the email addresses listed below.

**Santiago Viola Villanueva**
KING COUNTY PROSECUTING ATTORNEY'S OFFICE (FIFTH AVE)
701 FIFTH AVE
STE 600
SEATTLE, WA 98104
206-477-0146
Fax: 206-296-0191
Email: sviolavillanueva@kingcounty.gov

**Kurt Benshoof**, Plaintiff *pro se*
Washington Department of Corrections,
Coyote Ridge Corrections Center (CRCC)
DOC# 448305, Unit FB01, PO Box 769,
Connell, WA 99326

**Urve Maggitti**
1131 Westhaven Boulevard
Franklin, TN 37069
urve.maggitti@gmail.com

The foregoing statements of fact were typed up by the undersigned, upon Mr. Kurt Benshoof's request and to the best of the undersigned's understanding.

/URVE MAGGITTI /

See *Faretta v. California* and *Section 35 of the Judiciary Act of 1789, 1 Stat. 73, 92*